UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESSO EXPLORATION AND PRODUCTION
CHAD, INC.,

                      Plainitff,

          -against-

TAYLORS INTERNATIONAL SERVICES
LTD.,

                      Defendant.
------------------------------------------------------------X

06 Civ. 4401 (RMB)

**NOTICE OF CROSS-MOTION TO VACATE ARBITRATION AWARD**

**ORAL ARGUMENT REQUESTED**

      PLEASE TAKE NOTICE that upon the annexed declaration of Teresa Rosen Peacocke attaching supporting documents and exhibits, and the accompanying Memorandum of Law, Defendant Taylors International Services Ltd. ("Taylors") will move this Court, at the United States Courthouse, located at 500 Pearl Street, New York, New York, at a date and time to be determined, for a judgment pursuant to 9 U.S.C. § 10(a) granting Taylors' motion to vacate the arbitration award dated March 28, 2006 entered in an International Chamber of Commerce arbitration (the "Award"), denying the motion by Esso Exploration and Production Chad, Inc. to confirm the Award, and for such other and further relief as may be just, proper and equitable.

Dated:   New York, New York
         June 22, 2006

                FRANKFURT KURNIT KLEIN & SELZ, P.C.


                *[signature]*
        By:  Ronald C. Minkoff (RM-2943)
              Cameron A. Myler (CM-7942)
              FRANKFURT KURNIT KLEIN & SELZ, PC
              488 Madison Avenue
              New York, New York 10022
              Tel. (212) 980-0120
              Fax (212) 593-9175

              Teresa R. Peacocke
              **(not yet admitted)**
              3 Stone Buildings New York
              10 Rockefeller Plaza, 16th Floor
              New York, New York 10020

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.
COUNTY OF NEW YORK   )

       I, Carie A. Fischer, state that I am over eighteen years of age and reside in Brooklyn, New York.

       On Friday, June 23, 2006, I served the attached PLAINTIFF NOTICE OF CROSS-MOTION TO VACATE ARBITRATION AWARD, DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO CONFIRM ARBITRATION AWARD AND IN SUPPORT OF CROSS-MOTION TO VACATE, DECLARATION OF TERESA PEACOCKE, EXHIBITS 1-15, and EXHIBITS 16-38 TO THE DECLARATION OF TERESA ROSEN PEACOCKE by federal express upon the following at their last known address:

Mr. Reagan M. Brown
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
United States of America
Telephone: +1.713.651.5151

_____
Carie A. Fischer

SWORN TO before me
this 23rd day of June 2006.

_____
Notary Public

ROSEMARY SETTEDUCATO
Notary Public, State of New York
No. 24-4678133
Qualified in New York County
Commission Expires Dec 31, 2006

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Esso Exploration and Production Chad, Inc. | COURT CASE NUMBER<br>06 Civ. 4401 (RMB) |
| DEFENDANT<br>Taylors International Services LTD., et al | TYPE OF PROCESS<br>Personal |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Esso Exploration c/o Corporation Service Company
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  2711 Centerville Road, Suite 400 Wilmington, DE 19808

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ronald Minkoff, Esq.
Frankfurt Kurnit Klein & Selz
488 Madison Ave, 9th floor
New York, NY 10022

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Phone: 302-636-5401   Service on Friday June 23, 2006 Business Hours

Ronald Minkoff
Signature of Attorney other Originator requesting service on behalf of:
Ronald Minkoff

☐ PLAINTIFF
☑ DEFENDANT

TELEPHONE NUMBER: 212-980-0120
DATE: 06/22/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk | Date 6-23-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Mary Drummond

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6/23/06   Time: 3:20  ☐ am ☑ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 4.45 | | 49.45 | 60.00 | Refund - $10.55 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00